IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YANCY THOMAS, JR. and YVONNE THOMAS : <br><br>　　　　Plaintiffs, : <br><br>v. : <br><br>BAYER CORPORATION; : <br>BAYER AG; <br>GLAXOSMITHKLINE, PLC; : <br>GLAXOSMITHKLINE; <br>SMITHKLINE BEECHAM : <br><br>　　　　Defendants. : | CIVIL ACTION NO. 02-CV-3342 <br><br><br><br><br>ENTRY OF APPEARANCE |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

　　　Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____
Hope S. Freiwald

_____
Aline Fairweather

_____
Alison T. Conn

_____
Kirstin J. Miller

Dated: July 25, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000