IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YANCY THOMAS, JR. and<br>YVONNE THOMAS | : <br>: <br>: | CIVIL ACTION NO. 02-CV-3342 |
| Plaintiffs, | : <br>: | |
| v. | : <br>: | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | : <br>: <br>: <br>: <br>: <br>: | ENTRY OF APPEARANCE |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____       _____
Hope S. Freiwald                                    Aline Fairweather

_____       _____
Alison T. Conn                                      Kirstin J. Miller

                                              DECHERT PRICE & RHOADS
                                              4000 Bell Atlantic Tower
                                              1717 Arch Street
                                              Philadelphia, PA  19103-2793
                                              (215) 994-4000